IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | : |
| | :    Case No. 2:05-cv-362 |
| Plaintiff, | :    Judge Smith |
| v. | :    Magistrate Judge Abel |
| MICHAEL BELCHER, BUCKEYE FAMILY MENTAL HEALTH INC. d/b/a THE BUCKEYE FAMILY a/k/a HILLSIDE CARE CENTER, and BUCKEYE QUALITY CARE CENTERS, INC. d/b/a THE BUCKEYE FAMILY, a/k/a ROYAL GABLES and CREATIVE LIVING, | : |
| Defendant. | : |

## ORDER

Plaintiff's June 23, 2005 request for transfer and response in opposition to Defendant's motion to dismiss (doc. 6) is **GRANTED**. Defendant's June 17, 2005 motion to dismiss action for improper venue (doc. 4) is **DENIED**. The Clerk of Court is **DIRECTED** to **TRANSFER** this case the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1406(a).

                                                    /S/ George C. Smith
                                                    George C. Smith, Judge
                                                    United States District Court